ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com

*Attorneys for Vantage Credit Union*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BECKY A. HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>VANTAGE CREDIT UNION; BANK OF AMERICA, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No.: 2:16-CV-02270-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Becky A. Harris ("Plaintiff"), and Defendant Vantage Credit Union ("Vantage"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Plaintiff filed her Complaint on September 27, 2016 [ECF No. 1].

2. Vantage recently retained counsel and a short extension is necessary to allow Vantage's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and Vantage also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for Vantage to respond to the Complaint until December 8, 2016. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

4. Vantage requests additional time to file a response to the Complaint and Plaintiff

does not object to the request.

5. Therefore, the parties agree that Vantage's response to the Complaint is now due on or before **December 8, 2016**.

DATED: November 15, 2016.                                DATED: November 15, 2016.

GORDON & REES LLP                                        HAINES & KRIEGER, LLC

*/s/ Robert S. Larsen*                                   */s/ David H. Krieger*
ROBERT S. LARSEN, ESQ.                                   DAVID H. KRIEGER, ESQ.
Nevada Bar No. 7785                                      Nevada Bar No. 9086
300 South Fourth Street, Suite 1550                      8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada  89101                                 Las Vegas, NV  89123

*Attorneys for Vantage Credit Union*                     *Attorneys for Plaintiff Becky A. Harris*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-16-2016

-2-